EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2002

at ___ o'clock and ___ min ___ .M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00208 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 18 U.S.C. § 2251(a) |
| MICHAEL S. CABRERA, ) | [Sexual Exploitation of of Children] |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about May 16, 2002, in the District of Hawaii, MICHAEL S. CABRERA did knowingly use, persuade, induce and entice a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, with such visual depictions being produced through the use of materials which had been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2251(a).

Dated: Honolulu, Hawaii, May 22, 2002.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Michael S. Cabrera
"Indictment"
Cr. No. _____